**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | 9 Meters Biopharma, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA Innovate Biopharmaceuticals, Inc.<br>FKA Monster Digital, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3948465 |

4.  **Debtor's address**

**Principal place of business**

4509 Creedmore Road, Suite 600
Raleigh, NC 27612
Number, Street, City, State & ZIP Code

Wake
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | 9meters.com |

6.  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    9 Meters Biopharma, Inc.                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2834

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District _____ | When _____ | Case number, if known _____ | |

Debtor   9 Meters Biopharma, Inc.                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name   _____
         Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   9 Meters Biopharma, Inc.                                     Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 17, 2023_____
            MM / DD / YYYY

**X** /s/  Bethany Sensenig                              Bethany Sensenig
Signature of authorized representative of debtor         Printed name

Title   CFO

**18. Signature of attorney**

**X** /s/ John A Northen                          Date   July 17, 2023
Signature of attorney for debtor                        MM / DD / YYYY

John A Northen 6789
Printed name

Northen Blue LLP
Firm name

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
Number, Street, City, State & ZIP Code

Contact phone   (919) 948-6823      Email address   jan@nbfirm.com

6789 NC
Bar number and State

**Fill in this information to identify the case:**

Debtor name    9 Meters Biopharma, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2023      **X** /s/   Bethany Sensenig
                                           Signature of individual signing on behalf of debtor

                                           Bethany Sensenig
                                           Printed name

                                           CFO
                                           Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name __9 Meters Biopharma, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $   0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................  $   4,592,489.67

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $   4,592,489.67

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $   1,733,475.53

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $   1,845,390.09

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$   9,200,457.18

4. **Total liabilities** .......................................................................................................
Lines 2 + 3a + 3b   $   12,779,322.80

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___9 Meters Biopharma, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 5815 | $3,008.14 |
| 3.2. | Wells Fargo | Money market | 1358 | $0.00 |
| 3.3. | Wells Fargo Securities, LLC | Other financial account | 7871 | $0.00 |
| 3.4. | Wells Fargo | Certificate of Deposit | 0218 | $149,097.89 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $152,106.03 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor   9 Meters Biopharma, Inc. _____   Case number *(If known)* _____
         Name

Description, including name of holder of deposit

7.1.   Glenwood lease deposit (standby letter of credit secured by Wells Fargo deposit account) _____   Unknown

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

8.1.   Prepaid expenses - may be subject to setoff _____   Unknown

9.   **Total of Part 2.**                                                       | $0.00 |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        443,789.61   -        72,000.00   = ....        $371,789.61
                              face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                      | $371,789.61 |
      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                                    % of ownership

15.1.   Naia Rare Diseases, LLC; value included in item 64        100   %   _____   Unknown

15.2.   RDD Pharma Ltd.; value included in item 64        100   %   _____   Unknown

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                      | $0.00 |
      Add lines 14 through 16.   Copy the total to line 83.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    9 Meters Biopharma, Inc.    Case number *(if known)* _____
           Name

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office furniture | $38,767.50 | Book Value | $38,767.50 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $5,241.28 | Book Value | $5,241.28 |
| | Leasehold improvements | $21,700.81 | Book Value | $21,700.81 |
| | PP&E - RDD Pharma | $2,884.44 | Book Value | $2,884.44 |

42.      **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**
       Add lines 39 through 42.   Copy the total to line 86.

| $68,594.03 |
|---|

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☒ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   9 Meters Biopharma, Inc. _____   Case number *(If known)* _____
          <sub>Name</sub>

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Patents; value included in item 64 | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** Licenses; value included in item 64 | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** Patents, licenses, sub-licenses, trademarks, trade secrets | $0.00 | Estimated | $4,000,000.00 |
| 65. | **Goodwill** | | | |

| | | | |
|---|---|---|---|
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | $4,000,000.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |

Debtor    9 Meters Biopharma, Inc.                                    Case number *(If known)* _____
_____
          Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       Extended reporting period under D&O Policy                                                    Unknown
       _____                              _____

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                 _____ $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    9 Meters Biopharma, Inc.                                    Case number *(If known)*
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,106.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $371,789.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $68,594.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,592,489.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,592,489.67 |

**Fill in this information to identify the case:**

Debtor name    9 Meters Biopharma, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** <br><br> Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | High Trail Special Situations, LLC <br> *Creditor's Name* <br><br><br> Attn: Matt Goldberg <br> 80 River Street, Suite 4C <br> Hoboken, NJ 07030 <br> *Creditor's mailing address* <br><br><br> *Creditor's email address, if known* <br><br> **Date debt was incurred** <br> 6/30/22 <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> Naia Rare Diseases, LLC; value included in item 64; Wells Fargo; ERTC credit (balance due); rent on sublease; R&D tax credit; sublicense; Office furniture ; Computer equipment; Patents, licenses, sub-licenses, trademarks, trade secrets <br><br> **Describe the lien** <br> Non-Purchase Money Security <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,591,606.28 | $4,418,806.53 |

| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 2.2 | Wells Fargo Bank, NA <br> *Creditor's Name* <br> 401 N. Research Pkwy, 1st Floor <br> MAC D4004-017 <br> Winston Salem, NC 27101-4157 <br> *Creditor's mailing address* <br><br><br> *Creditor's email address, if known* <br><br> **Date debt was incurred** <br> October 4, 2022 <br> **Last 4 digits of account number** <br> 6873 | **Describe debtor's property that is subject to a lien** <br> Wells Fargo <br><br><br> **Describe the lien** <br> Deposit <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $141,869.25 | $149,097.89 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    9 Meters Biopharma, Inc.

Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $1,733,475.53

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Stephanie R. Sweeney<br>Klestadt Winters Jureller Southard & Stevens LP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name      9 Meters Biopharma, Inc.

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.

  ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
  with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|---|---|
| **2.1** | Priority creditor's name and mailing address | $68,563.37 | $15,150.00 |
|     | Al Medwar | | |
|     | 320 Restonwood Dr | | |
|     | Apex, NC 27539 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

|     |     | Total claim | Priority amount |
|-----|-----|---|---|
| **2.2** | Priority creditor's name and mailing address | $270,769.20 | $15,150.00 |
|     | Bethany Sensenig | | |
|     | 3823 Pickett Ct | | |
|     | Wake Forest, NC 27587 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

|     |     | Total claim | Priority amount |
|-----|-----|---|---|
| **2.3** | Priority creditor's name and mailing address | $28,592.60 | $15,150.00 |
|     | Crystal Bulman | | |
|     | 9001 Blakehurst Dr | | |
|     | Raleigh, NC 27617 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    9 Meters Biopharma, Inc.
_____        Case number (if known) _____
          Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,458.90 | $10,458.90 |
|-----|---|---|---|---|
| | Crystal Tucker | Check all that apply. | | |
| | 8005 Discovery Falls Tr | ☐ Contingent | | |
| | Wake Forest, NC 27587 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No    ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,111.73 | $15,150.00 |
|-----|---|---|---|---|
| | Janice Rudolph | Check all that apply. | | |
| | 1004 Stone Ridge Dr | ☐ Contingent | | |
| | Nashville, TN 37211 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No    ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640,047.23 | $15,150.00 |
|-----|---|---|---|---|
| | John Temperato | Check all that apply. | | |
| | 1800 McDonald Ln | ☐ Contingent | | |
| | Raleigh, NC 27608 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No    ☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,132.47 | $7,132.47 |
|-----|---|---|---|---|
| | Kimberly Meggitt | Check all that apply. | | |
| | 67 Northlodge Ct | ☐ Contingent | | |
| | Wendell, NC 27591 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No    ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,471.50 | $26,471.50 |
|-----|---|---|---|---|
| | Mark Padolina | Check all that apply. | | |
| | 396 Willow Ave | ☐ Contingent | | |
| | South San Francisco, CA 94080 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No    ☐ Yes | | |

Debtor   9 Meters Biopharma, Inc.                                    Case number (if known)
         Name

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,125.00 | $15,150.00 |
|---|---|---|---|---|
| | Matthew Bryant | Check all that apply. | | |
| | 471 Pepper Ave | ☐ Contingent | | |
| | Palo Alto, CA 94306 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,926.00 | $15,150.00 |
|---|---|---|---|---|
| | Nir Barak | Check all that apply. | | |
| | 130 HaGolan St | ☐ Contingent | | |
| | Tel Aviv Tel Aviv 69271 | ☐ Unliquidated | | |
| | Israel | ☐ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369,255.00 | $15,150.00 |
|---|---|---|---|---|
| | Patrick Griffin | Check all that apply. | | |
| | 143 Bennett Ave #5J | ☐ Contingent | | |
| | New York, NY 10040 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,916.65 | $15,150.00 |
|---|---|---|---|---|
| | Sarah Liu | Check all that apply. | | |
| | 778 Llewellyn Ave | ☐ Contingent | | |
| | Highland Park, IL 60035 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,020.44 | $15,150.00 |
|---|---|---|---|---|
| | Sireesh Appajosyula | Check all that apply. | | |
| | 2 Linden Court | ☐ Contingent | | |
| | Holmdel, NJ 07733 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number           Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

| Debtor | 9 Meters Biopharma, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|--|--|--|--|

**3.1** | **Nonpriority creditor's name and mailing address**
360 Cloud Solutions, LLC
Attn: Officer or Managing Agent
8045 Arco Corporate Drive, Suite 100
Raleigh, NC 27617

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $598.75

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
A&B Integrators, LLC
dba Security 101-Raleigh
Attn: Officer or Managing Agent
2800 Meridian Pkwy, Suite 115
Durham, NC 27713

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $9,079.02

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Accellacre US Inc.
Attn: Officer or Managing Agent
PO Box 21176
New York, NY 10087-1176

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $3,012.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Access
Attn: Officer or Managing Agent
PO Box 101048
Atlanta, GA 30392-1048

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $214.76

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ACM Global Laboratories
Attn: Officer or Managing Agent
160 Elmgrove Park
Rochester, NY 14626

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $7,779.31

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
ActivMed Practices & Research, Inc.
Attn: Officer or Managing Agent
421 Merrimack St, Ste 203
Methuen, MA 01844

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $400.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   9 Meters Biopharma, Inc. _____   Case number (if known) _____
_____Name_____

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $475.90 |
|---|---|---|---|

Advanced Research, Inc.
Attn: Officer or Managing Agent
5896 Ridgeline Dr, Ste A
Ogden, UT 84405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $253,790.78 |
|---|---|---|---|

AIT Bioscience, LLC
Attn: Officer or Managing Agent
7840 Innovation Blvd
Indianapolis, IN 46278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $907.35 |
|---|---|---|---|

Allegiance Research Specialists LLC
Attn: Officer or Managing Agent
2645 N. Mayfair Rd, Ste 200
Wauwatosa, WI 53226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Alliance for Multispecialty Research LLC
Attn: Officer or Managing Agent
1928 Alcoa Hwy, Ste B107
Knoxville, TN 37920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,125.00 |
|---|---|---|---|

Alliant Insurance Services Inc.
Attn: Officer or Managing Agent
PO Box 8377
Pasadena, CA 91109-8377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,800.00 |
|---|---|---|---|

Allied Health Clinical Research Org'n
Attn: Officer or Managing Agent
187 Rte 36, Ste 230
West Long Branch, NJ 07764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,975.00 |
|---|---|---|---|

Alpha Pharma Services LLC
Attn: Officer or Managing Agent
411 Prospect Ave
Sea Cliff, NY 11579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    9 Meters Biopharma, Inc.                                          Case number *(if known)*
_____        _____
        Name

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,400.00 |
|---|---|---|---|

Alphalyse, Inc.
Attn: Officer or Managing Agent
299 California Ave, Ste 200
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,544,333.56 |
|---|---|---|---|

Altascienses Preclinical Seattle, LLC
Attn: Officer or Managing Agent
6605 Merrill Creek Pkwy
Everett, WA 98203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,368.81 |
|---|---|---|---|

AndersonBrecon Inc
dba PCI Pharma Services
Attn: Officer or Managing Agent
4545 Assembly Dr
Rockford, IL 61109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,325.00 |
|---|---|---|---|

Armadale Solutions LLC
Attn: Officer or Managing Agent
117 Pahlmeyer Pl
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,600.00 |
|---|---|---|---|

ATUM Bio
Attn: Officer or Managing Agent
37950 Central Ct
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

Avant Research Associates LLC
Attn: Officer or Managing Agent
6104 Old Fredricksburg Rd, Ste 93159
Austin, TX 78709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.81 |
|---|---|---|---|

Azenta Germany GmbH EUR
Attn: Officer or Managing Agent
1B Im Leuschnerpark
Griesheim HE 64347
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor     9 Meters Biopharma, Inc.                                          Case number *(if known)*
                    Name

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $501.77 |
|---|---|---|---|

Azenta US Inc.
Attn: Officer or Managing Agent
2910 Fortune Circle West, Ste E          ☐ Contingent
Indianapolis, IN 46241                   ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,800.00 |
|---|---|---|---|

Biolink Life Sciences Inc
Attn: Officer or Managing Agent
250 Quade Dr                             ☐ Contingent
Cary, NC 27513-7402                      ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59,590.00 |
|---|---|---|---|

BioPharmaSpec Inc
Attn: Officer or Managing Agent
363 Phoenixville Pike                    ☐ Contingent
Malvern, PA 19355                        ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,775.00 |
|---|---|---|---|

Bryant McLaughlin
Attn: Officer or Managing Agent
1601 Sanchez Ave                         ☐ Contingent
Burlingame, CA 94010                     ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,399.00 |
|---|---|---|---|

Care Access Research LLC
Attn: Officer or Managing Agent
33 Arch St 17th Floor                    ☐ Contingent
Boston, MA 02110                         ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,163.22 |
|---|---|---|---|

Carol Rees Parrish
100 Juniper Lane                         ☐ Contingent
Charlottesville, VA 22911                ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:**  Consulting services
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $236,675.00 |
|---|---|---|---|

Charles River Laboratories
Attn: Officer or Managing Agent
251 Ballardvale St                       ☐ Contingent
Wilmington, MA 01887                     ☐ Unliquidated
                                         ☐ Disputed
**Date(s) debt was incurred** _
                                         **Basis for the claim:** _
**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

Debtor   9 Meters Biopharma, Inc.
_____
Name

Case number (if known) _____

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,922.00 |
|---|---|---|---|

**3.28**
Nonpriority creditor's name and mailing address
Clinical Research Solution
Attn: Officer or Managing Agent
11023 Mayberry Heights Dr
Cypress, TX 77433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$3,922.00

---

**3.29**
Nonpriority creditor's name and mailing address
COECO Financial Services
Attn: Officer or Managing Agent
PO Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$461.02

---

**3.30**
Nonpriority creditor's name and mailing address
Columbus Regional Research Institute LLC
Attn: Officer or Managing Agent
800 Talbotton Rd
Columbus, GA 31904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$400.00

---

**3.31**
Nonpriority creditor's name and mailing address
Command Financial Press Corp
Attn: Officer or Managing Agent
125 Broad St 5th Fl
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$595.00

---

**3.32**
Nonpriority creditor's name and mailing address
CPA Global
Attn: Officer or Managing Agent
2318 Mill Rd 12th Fl
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$46,814.15

---

**3.33**
Nonpriority creditor's name and mailing address
Crabtree Terrace Holdings, LLC
Attn: David S. Etemadi
1201 Wilson Blvd, Suite 2310
Arlington, VA 22209

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Rent_
Is the claim subject to offset? ☒ No   ☐ Yes

$244,392.30

---

**3.34**
Nonpriority creditor's name and mailing address
Creative Biolabs Inc
Attn: Officer or Managing Agent
45-1 Ramsey Rd
Shirley, NY 11967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$42,762.00

Debtor  9 Meters Biopharma, Inc.                                   Case number (if known) _____
        _____
        Name

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,877.25 |
|---|---|---|---|

Creative Business Interiors
Attn: Officer or Managing Agent
8720 Fleet Services Dr
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Crescent Health Clinical LLC
Attn: Officer or Managing Agent
2305 W Interstate 20, Ste 140-375
Grand Prairie, TX 75052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Del Sol Research Management
Attn: Officer or Managing Agent
5700 E. Pima St, Ste A
Tucson, AZ 85712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

DHAT Research Institute
Attn: Officer or Managing Agent
7150 President George Bush Hwy, Ste 201
Garland, TX 75044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Dorisca Research Consulting LLC
Attn: Officer or Managing Agent
424 E Central Blvd, Ste 335
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00 |
|---|---|---|---|

Dr. Palle B Jeppesen
Ellebaekvej 32
2820 Gentofte
Denmark

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $700.00 |
|---|---|---|---|

Elias Research Associates LLC
Attn: Officer or Managing Agent
1717 North 3rd St
Coeur D Alene, ID 83814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

Debtor   9 Meters Biopharma, Inc.
_____
         Name

| | Case number (if known) | |

---

**3.42**

**Nonpriority creditor's name and mailing address**
Emory University
Attn: Officer or Managing Agent
1599 Clifton Rd NE, 5th Fl Rm 5463
Atlanta, GA 30307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$2,896.00

---

**3.43**

**Nonpriority creditor's name and mailing address**
EPLArchives LLC
Attn: Officer or Managing Agent
PO Box 645841
Pittsburgh, PA 15264-5256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$14,430.64

---

**3.44**

**Nonpriority creditor's name and mailing address**
Eurofins BioPharma Product Testing
Attn: Officer or Managing Agent
343 West Main St
Leola, PA 17540

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$45,099.99

---

**3.45**

**Nonpriority creditor's name and mailing address**
Evelyn Jaeger
15 Preakness Ln
New City, NY 10956

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$4,305.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
First Insurance Funding
Attn: Officer or Managing Agent
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$7,331.44

---

**3.47**

**Nonpriority creditor's name and mailing address**
Gastro Center of Maryland
Attn: Officer or Managing Agent
7120 Minstrel Way, Ste 100
Columbia, MD 21045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$400.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
GI Research Institute
Attn: Officer or Managing Agent
770-1190 Hornby St
Vancouver BC V6Z 2K5
Canada

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$400.00

---

Debtor    9 Meters Biopharma, Inc.
_____    Case number (if known) _____
                 Name

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.00 |

Heartland Medical Research Inc
Attn: Officer or Managing Agent
2024 NW 92nd Ct, Ste #8
Clive, IA 50325

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

Hometown Urgent Care and Research -Gatto
Attn: Officer or Managing Agent
2400 Corporate Exchange Dr, Ste 102
Columbus, OH 43231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,473.70 |

Hometown Urgent Care and Research -Saini
Attn: Officer or Managing Agent
6510 Brandt Pike
Huber Heights, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |

Hyman, Phelps & McNamara PC
Attn: Officer or Managing Agent
700 13th St NW
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,499.00 |

ICON Life Sciences Canada Inc
Attn: Officer or Managing Agent
4 Innovation Dr
Dundas ON L9H 7P3
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |

Inotiv
Attn: Officer or Managing Agent
2701 Kent Ave
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,096.61 |

Intact Services USA LLC
Attn: Officer or Managing Agent
PO Box 371871
Pittsburgh, PA 15250-7871

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor   9 Meters Biopharma, Inc.                                     Case number (if known)
                    Name

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,220.22 |
|---|---|---|---|

Intertek Pharmaceutical Servs Manchester
Attn: Officer or Managing Agent
1-9 Academy Place, Brook St, Brentwood
Essex, CM14 5NQ          ☐ Contingent
United Kingdom            ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

Iron Horse Research LLC
Attn: Officer or Managing Agent
26 Karen Ct
Jefferson, LA 70121      ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,641,162.96 |
|---|---|---|---|

KBI-Biopharma Inc.
Attn: Officer or Managing Agent
1101 Hamlin Rd
Durham, NC 27704         ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

Kindred Medical Inst for Clicnical Trial
Attn: Officer or Managing Agent
1185 Magnolia Ave, Ste E-206
Corona, CA 92879         ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,025.00 |
|---|---|---|---|

Labcorp Early Development Labs Ltd
Attn: Officer or Managing Agent
PO Box 2464
Burlington, NC 27216     ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

Lafayette SC LLC
Attn: Officer or Managing Agent
8450 Honeycutt Rd, Ste 200
Raleigh, NC 27615-2264   ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** Rent
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,563.07 |
|---|---|---|---|

LifeSci Advisors LLC
Attn: Officer or Managing Agent
250 W 55th St, Ste 34
New York, NY 10019-9710  ☐ Contingent
                         ☐ Unliquidated
                         ☐ Disputed

**Date(s) debt was incurred** _
                         **Basis for the claim:** _
**Last 4 digits of account number** _      Is the claim subject to offset?  ☒ No   ☐ Yes

Debtor  9 Meters Biopharma, Inc.                                          Case number (if known) _____
         Name

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,975.00 |
|---|---|---|---|

LND Consulting LLC
Attn: Officer or Managing Agent
1319 Lake Forest Cir
Hoover, AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

Long Island Gastrointestinal Research Gp
Attn: Officer or Managing Agent
310 East Shore Rd
Great Neck, NY 11023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,479.17 |
|---|---|---|---|

Lorin K. Johnson
27001 Appaloosa Way
Los Altos Hills, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Board Compensation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $124,069.16 |
|---|---|---|---|

Lyophilization Services of NE Inc
Attn: Officer or Managing Agent
23 Commerce Dr
Bedford, NH 03110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,466.67 |
|---|---|---|---|

M. Michael Wolfe
10155 Collins Ave, Unit 507
Bal Harbour, FL 33154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,062.50 |
|---|---|---|---|

Mark A. Sirgo
606 Wayne Drive
Raleigh, NC 27608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Board compensation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57,176.00 |
|---|---|---|---|

Mayer Hoffman McCann PC
Attn: Officer or Managing Agent
PO Box 503646
San Diego, CA 92150-3646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    9 Meters Biopharma, Inc.       Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $9,075.00 |
| | Megan Lopez | |
| | 810 Concorde Cir, Apt 34121 | ☐ Contingent |
| | Linthicum Heights, MD 21090 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $400.00 |
| | Metropolitan Gastroenterology Assoc Inc | |
| | Attn: Officer or Managing Agent | |
| | 4228 Houma Blvd Ste 250 | ☐ Contingent |
| | Metairie, LA 70006 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $21,875.00 |
| | Michael Rice | |
| | 155 Walnut Street | ☐ Contingent |
| | Englewood, NJ 07631 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Board compensation_ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $23,437.50 |
| | Michael T. Constantino | |
| | 301 Lochside Drive | ☐ Contingent |
| | Cary, NC 27518 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Board compensation_ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $8,050.00 |
| | Michelle Rose Inc | |
| | Attn: Officer or Managing Agent | |
| | 1427 40th Ave NE | ☐ Contingent |
| | Saint Petersburg, FL 33703 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $26,858.37 |
| | Morgan, Lewis & Bockius LLP | |
| | Attn: Officer or Managing Agent | |
| | One Federal St | ☐ Contingent |
| | Boston, MA 02110 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $400.00 |
| | Mt. Olympus Medical Research LLC | |
| | Attn: Officer or Managing Agent | |
| | 16959 Southwest Fwy, Ste 200 | ☐ Contingent |
| | Sugar Land, TX 77479 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   9 Meters Biopharma, Inc.
_____
Case number (if known) _____
      Name

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,850.00 |
|---|---|---|---|

Nancy Kirschbaum Regulatory Consulting
Attn: Officer or Managing Agent
N24w22335 Ridgewood Ln
Waukesha, WI 53186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404,192.31 |
|---|---|---|---|

Nova Laboratories Ltd
Attn: Officer or Managing Agent
Martin House
Gloucester Cresent, Wigston
Leicester Leics. LE184YL
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,677.50 |
|---|---|---|---|

OCT Research ULC
Attn: Officer or Managing Agent
204-1353 Ellis St
Kelowna BC V1Y 1Z9
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,990.00 |
|---|---|---|---|

On the Books LLC
Attn: Officer or Managing Agent
1276 Gloriosa St
Apex, NC 27523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,286.26 |
|---|---|---|---|

Oracle America Inc
Attn: Officer or Managing Agent
Bank of America Lockbox Services
15612 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

PharmaSeek LLC
Attn: Officer or Managing Agent
8040 Excelsior Dr, Ste 300
Madison, WI 53717

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,953.46 |
|---|---|---|---|

Phenomenex Inc
Attn: Officer or Managing Agent
411 Madrid Ave
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor    9 Meters Biopharma, Inc.
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | $800.00 |
| | Pinnacle Clinical Research PLLC | |
| | Attn: Officer or Managing Agent | |
| | 5109 Medical Dr, Ste 200 | |
| | San Antonio, TX 78299 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | $48,900.00 |
| | PointCross Inc | |
| | Attn: Officer or Managing Agent | |
| | 1291 E. Hillsdale Blvd, Ste 304 | |
| | Foster City, CA 94404 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | $1,279.00 |
| | Porchview LLC | |
| | Attn: Officer or Managing Agent | |
| | 103 Orilla Ct | |
| | Cary, NC 27513 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | $32,163.80 |
| | Redline Design Group PA | |
| | Attn: Officer or Managing Agent | |
| | 925 Tuckaseegee Rd, Ste 110 | |
| | Charlotte, NC 28208 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | $2,587.50 |
| | Research Assist Inc | |
| | Attn: Officer or Managing Agent | |
| | 1120 Rte 22 East, Ste 103, 2nd Fl | |
| | Bridgewater, NJ 08807 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | $17,187.50 |
| | Samantha C Ventimiglia | |
| | 6212 Highland Drive | |
| | Chevy Chase, MD 20815 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Board compensation
Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | $3,875.00 |
| | Sibu Balan | |
| | 310 Beacon Shores Dr | |
| | Redwood City, CA 94065 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

Debtor   9 Meters Biopharma, Inc.                                    Case number (if known) _____
                  Name

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,100.00 |

**3.91** | **Nonpriority creditor's name and mailing address**
Skinner Pharma Consulting LLC
Attn: Officer or Managing Agent
205 Sea Isle Point
Indian Beach, NC 28512

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$1,100.00**

---

**3.92** | **Nonpriority creditor's name and mailing address**
Slidesource Inc.
Attn: Officer or Managing Agent
1212 Braemar Highland Dr
Zebulon, NC 27597

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$2,396.25**

---

**3.93** | **Nonpriority creditor's name and mailing address**
Solvias
Attn: Officer or Managing Agent
Romerpark 2
4303 Kaiseraugst
Switzerland

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$2,793.00**

---

**3.94** | **Nonpriority creditor's name and mailing address**
Southern Therapy and Advanced Research
Attn: Officer or Managing Agent
971 Lakeland Dr, Ste 1159
Jackson, MS 39216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$400.00**

---

**3.95** | **Nonpriority creditor's name and mailing address**
State University of Iowa
Attn: Officer or Managing Agent
Grant Accounting Office
118 S. Clinton St
Iowa City, IA 52245

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$5,957.50**

---

**3.96** | **Nonpriority creditor's name and mailing address**
Steven J Weitnauer
Attn: Officer or Managing Agent
3921 Sunset Ridge Rd, Ste 307
Raleigh, NC 27607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$6,923.34**

---

**3.97** | **Nonpriority creditor's name and mailing address**
Sun Research Institute LLC
Attn: Officer or Managing Agent
427 9th St
San Antonio, TX 78215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**$400.00**

---

Debtor  9 Meters Biopharma, Inc.                                          Case number (if known) _____
          Name

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $282.45 |
|---|---|---|---|

Syneos Health Clinique Inc
Attn: Officer or Managing Agent
2500 Einstein
Quebec City, Quebec G1P0A2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Tidewater Gastroenterology PLLC
Attn: Officer or Managing Agent
112 Gainsborough Sq, Ste 200
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Toronto Digestive Disease Assoc Inc
Attn: Officer or Managing Agent
4600 Hwy 7, Ste 225
Vaughan ON L4L 4Y7
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,475.00 |
|---|---|---|---|

Trialogics LLC
Attn: Officer or Managing Agent
3 Mill Rd, Ste 306a
Wilmington, DE 19806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

Univ. of Louisville Research Foundation
Attn: Officer or Managing Agent
501 East Broadway Ste 210
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $107,691.00 |
|---|---|---|---|

University of Maryland - Baltimore
Attn: Officer or Managing Agent
PO Box 41428
Baltimore, MD 21203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $426,950.00 |
|---|---|---|---|

University of Minnesota
Attn: Officer or Managing Agent
Regents of the University of MN NW 5960
PO Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor   9 Meters Biopharma, Inc.                                        Case number (if known) _____
         Name

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $317,383.88 |
|---|---|---|---|

University of Nebraska - Lincoln
Attn: Officer or Managing Agent
Office of Sponsored Programs
151 Prem S Paul Research Ctr at Whittier
School
220 Vine St
PO Box 830861
Lincoln, NE 68583-0861

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Valley Institute of Research LLC
Attn: Officer or Managing Agent
1217 Grand Ave
Fort Worth, TX 76164

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Velocity Clinical Research Inc
Attn: Officer or Managing Agent
807 E. Main St, Ste 6-100
Durham, NC 27701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,978.50 |
|---|---|---|---|

Verity Research Inc
Attn: Officer or Managing Agent
3028 Javier Rd
Fairfax, VA 22031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Vijay Narayen, MD
Digestive Disease Associates PA
Attn: Officer or Managing Agent
700 Geipe Rd, Ste 230
Catonsville, MD 21228

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,627,181.50 |
|---|---|---|---|

Wacker BioTech GmbH
Attn: Officer or Managing Agent
Hans-Knoll-Strasse 3
07745 Jena, Germany
Germany

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor   9 Meters Biopharma, Inc.                                    Case number (if known) _____
                  Name

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**3.111**
Nonpriority creditor's name and mailing address
Washington Gastroenterology PLLC
Attn: Officer or Managing Agent
1135 116th Ave NE, LL160
Bellevue, WA 98004

As of the petition filing date, the claim is: *Check all that apply.*          $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.112**
Nonpriority creditor's name and mailing address
Western Institutional Review Board
Attn: Officer or Managing Agent
Dept 106091
PO Box 150434
Hartford, CT 06115-0434

As of the petition filing date, the claim is: *Check all that apply.*          $555.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.113**
Nonpriority creditor's name and mailing address
Woodholme Gastroenterology Assoc PA
Attn: Officer or Managing Agent
1838 Green Tree Td, Ste 400
Baltimore, MD 21208

As of the petition filing date, the claim is: *Check all that apply.*          $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.114**
Nonpriority creditor's name and mailing address
Workiva
Attn: Officer or Managing Agent
2900 University Blvd
Ames, IA 50010

As of the petition filing date, the claim is: *Check all that apply.*          $67,973.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.115**
Nonpriority creditor's name and mailing address
WorkSmart
Attn: Officer or Managing Agent
100 Meredith Dr
Durham, NC 27713

As of the petition filing date, the claim is: *Check all that apply.*          $4,089.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.116**
Nonpriority creditor's name and mailing address
World Courier Inc
Attn: Officer or Managing Agent
PO Box 842325
Boston, MA 02284-2325

As of the petition filing date, the claim is: *Check all that apply.*          $2,228.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | 9 Meters Biopharma, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Longleaf Law Partners<br>Attn: Brinson Taylor<br>4509 Creedmoor Rd, Ste 302<br>Raleigh, NC 27612 | Line  3.33<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,845,390.09 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 9,200,457.18 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 11,045,847.27 |

**Fill in this information to identify the case:**

Debtor name __9 Meters Biopharma, Inc.__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Lease for Lafayette Village office | |
| State the term remaining | | Lafayette SC, LLC Attn: Holly Van Apeldoorn 1080 Pittsford-Victor Road, Suite 202 Pittsford, NY 14534 |
| List the contract number of any government contract | | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Lease for Glenwood Ave office | |
| State the term remaining | | Crabtree Terrace Holdings, LLC Attn: David S. Etemadi 1201 Wilson Blvd, Suite 2310 Arlington, VA 22209 |
| List the contract number of any government contract | | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Sublease for Lafayette Village office | |
| State the term remaining | | Biotos Therapeutics, Inc. Attn: Jay Madan 1008 Andiron Lane Raleigh, NC 27614 |
| List the contract number of any government contract | | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | NMTR license for use of Amunix X-ten technology in the development of Vurolenatide | |
| State the term remaining | | Amunix Pharmaceuticals Attn: Beatrice Moliner 82, Avenue Raspail 94250 Gentilly, France |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1   9 Meters Biopharma, Inc.
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5.  State what the contract or lease is for and the nature of the debtor's interest — NMTR grant of license for the rights to commercialize Vurolenatide and Oxymetazaline in Canada<br><br>State the term remaining<br><br>List the contract number of any government contract | Pharmascience Inc.<br>Attn: Jamie Minzberg<br>100-6111 Royalmount Avenue<br>Montreal, Quebec,H4P 2T4<br>Canada |
| 2.6.  State what the contract or lease is for and the nature of the debtor's interest — NMTR license for use of Cedars-Sinai technology in the development of Vurolenatide<br><br>State the term remaining<br><br>List the contract number of any government contract | Cedars-Sinai Medical Center<br>Attn: Mark Pimentel<br>8700 Beverly Blvd<br>Los Angeles, CA 90048-1865 |
| 2.7.  State what the contract or lease is for and the nature of the debtor's interest — NMTR license for use of Naia technology in the development of Vurolenatide<br><br>State the term remaining<br><br>List the contract number of any government contract | Naia Pharmaceuticals, Inc.<br>Attn: Danny Perez<br>PO Box 341<br>Greenbrae, CA 94904 |
| 2.8.  State what the contract or lease is for and the nature of the debtor's interest — Agreement to purchase and develop NM136<br><br>State the term remaining<br><br>List the contract number of any government contract | Lobesity LLC<br>c/o The MetroHealth System<br>Attn: Officer or Managing Agent<br>2500 MetroHealth Drive<br>Cleveland, OH 44109-1998 |
| 2.9.  State what the contract or lease is for and the nature of the debtor's interest — Agreement for EBRIS to run clinical studies with Larazotide and an option for Debtor to license from EBRIS any new IP that results from clinical studies<br><br>State the term remaining<br><br>List the contract number of any government contract | EBRIS srl<br>Attn: Officer or Managing Agent<br>Via De Renzi n.50<br>84125 Salerno<br>Italy |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___9 Meters Biopharma, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.10 | Naia Rare Diseases, LLC | 8480 Honeycutt Road, Suite 600 Raleigh, NC 27615 | High Trail Special Situations, LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    9 Meters Biopharma, Inc.

Debtor(s)

Case No. _____

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ...................................................... | $ | 25,000.00 |
| Prior to the filing of this statement I have received ...................................... | $ | 25,000.00 |
| Balance Due ......................................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   Analysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors. Representation of debtor in providing Trustee or Bankrutpcy Administrator with compliance documents or other information and documents.  Unless otherwise stated fee paid by client includes filing fees.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Adversary Proceedings.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 17, 2023 | /s/ John A Northen |
| *Date* | John A Northen 6789 |
| | *Signature of Attorney* |
| | Northen Blue LLP |
| | 1414 Raleigh Rd |
| | Ste 435 |
| | Chapel Hill, NC 27517-8834 |
| | (919) 948-6823   Fax: (919) 942-6603 |
| | jan@nbfirm.com |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    9 Meters Biopharma, Inc.

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   9 Meters Biopharma, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 17, 2023

Date

/s/ John A Northen

John A Northen 6789

Signature of Attorney or Litigant

Counsel for   9 Meters Biopharma, Inc.

Northen Blue LLP
1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
(919) 948-6823  Fax:(919) 942-6603
jan@nbfirm.com