## **<u>EXHIBIT 1</u>**

[See attached]



200 Public Square, Suite 1400
Cleveland, Ohio 44114

216.479.6100 | vorys.com

Founded 1909

Kari B. Coniglio
Direct Dial   (216) 479-6167
Direct Fax    (216) 937-3766
Email kbconiglio@vorys.com

January 12, 2024

**VIA E-MAIL**

K&L Gates LLP
Attn: A. Lee Hogewood, III and Emily K. Steele
301 Hillsborough Street, Suite 1200
Raleigh, N.C. 27603
a.lee.hogewoodiii@klgates.com
emily.steele@klgates.com

Re:  **Assumption and Assignment of Amended and Restated Technology
License Agreement dated July 14, 2021, as amended and supplemented
by the Asset Purchase Agreement dated July 19, 2021, by and between 9
Meters Biopharma, Inc. and Lobesity LLC**

Dear Mr. Hogewood:

Our firm is counsel to MetroHealth Ventures LLC fka MHS Care-Innovation LLC ("Metro"), lessor under the terms of the License Agreement (defined below).  We understand that, pursuant to the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtor's Assets Free and Clear of All Encumbrances to Helicore Bioventures I, Inc. (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Sale Order") entered by the United States Bankruptcy Court for the Eastern District of North Carolina, Raleigh Division (the "Bankruptcy Court), and the Purchase Agreement (as defined in and attached to the Sale Order), Helicore Bioventures I, Inc. ("Purchaser") has or intends to close on the sale of certain assets of 9 Meters Biopharma, Inc. (the "Debtor"), including the Debtor's rights under the Amended and Restated Technology License Agreement, dated as of July 14, 2021, by and between 9 Meters Biopharma, Inc., as assignee of Lobesity LLC, and MetroHealth Ventures LLC f/k/a MHS Care-Innovative LLC (as the same may be amended, revised, supplemented or modified from time to time) (the "License Agreement"), see Purchase Agreement at Schedule 2.4(a)(8).  As you know, by virtue of the assumption and assignment of the License Agreement, Purchaser has or will (upon closing of the proposed sale) step into the shoes of the Debtor, subjecting Purchaser to all continuing rights and responsibilities of the Debtor under the terms of the License Agreement.  By this letter, we are



January 12, 2024
Page 2

informing you that Metro intends to fully enforce all rights under the License Agreement, including, among other things, Purchaser's obligations to (1) satisfy certain Sales-Based Payments, Milestone Payments, and Upfront License Payments under the Asset Purchase Agreement dated as of July 19, 2021, which amended and supplemented the License Agreement, and (2) provide Metro with the equity, rights, and privileges afforded under Section 4.1 of the License Agreement. To that end, please provide us with a copy of Purchaser's organizational documents, which presumably will reflect Metro's rights in this regard, on or before January 19, 2024.

We look forward to working with you to ensure Purchaser's strict compliance with the terms of the License Agreement.

Very truly yours,

*Kari B. Coniglio*

Kari B. Coniglio

KBC/kbc

cc    Marcel C. Duhamel, Esq.