**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 23-01992 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | George F. Sanderson Trustee |
|---|---|---|---|---|---|---|
| Case Name: | 9 Meters Biopharma, Inc | | | | Date Filed (f) or Converted (c): | 07/17/2023 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2023 |
| For Period Ending: | 12/31/2023 | | | | Claims Bar Date: | 10/21/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 3.1 Checking Wells Fargo Ending 5815 | 3,008.14 | 3,008.14 | | 3,008.14 | FA |
| 2. | 3.2 Money Market Wells Fargo Ending 1358 | 0.00 | 0.00 | | 0.00 | FA |
| 3. | 3.3 Wells Fargo Securities LLC Acct Ending 7871 | 0.00 | 0.00 | | 0.00 | FA |
| 4. | 3.4 Cert of Deposit Wells Fargo Ending 0218 | 149,097.89 | 149,097.89 | | 0.00 | 149,097.89 |
| 5. | 11a. A/R 90 days $443,789.61 - 72,000 uncollectibl | 443,789.61 | 371,789.61 | | 0.00 | 371,789.61 |
| 6. | 15.1 Naia Rare Diseases LLC (value in item 64) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. | 15.2 RDD Pharma Ltd. (value included in item 64) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. | 39. Office furniture | 38,767.50 | 38,767.50 | OA | 0.00 | FA |
| 9. | 41. Computer equipment | 5,241.28 | 5,241.28 | | 0.00 | 5,241.28 |
| 10. | 41. Leasehold improvements | 21,700.81 | 21,700.81 | OA | 0.00 | FA |
| 11. | 41. PP&E - RDD Pharma | 2,884.44 | 2,884.44 | | 0.00 | 2,884.44 |
| 12. | 60. Patents; value included in item 64 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. | 62. Licenses; value included in item 64 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. | 64. Patents, licenses, sub-licenses, trademarks... | 4,000,000.00 | 7,050,000.00 | | 0.00 | 7,050,000.00 |
| 15. | 73. Extended reporting period under D&O policy | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. | 8.1 Prepaid expenses - may be subj to setoff | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. | 7.1 Glenwood lease deposit | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. | Massachusetts 2022 Tax Refund | 0.00 | 166.00 | | 166.00 | 0.00 |
| 19. | State of New Hampshire Tax Refund | 0.00 | 2,449.00 | | 2,449.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,664,489.67 | $7,645,104.67 | | $5,623.14 | $7,579,013.22 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/2023

1. Trustee in active negotiations to sell various intellectual property assets of the Debtor through a public auction process. Trustee anticipates filing one or motions to approve bidding procedures.

12/31/2023

1. Trustee successfully closed on sale of IP assets in January, 2024. Trustee in the process of reviewing claims.


Initial Projected Date of Final Report (TFR): 12/31/2024        Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:        /s/ George F. Sanderson Trustee        Date: 01/30/2024

George F. Sanderson Trustee
P.O. Box 6130
Raleigh, NC 27628
(984)867-9300

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 23-01992 | Trustee Name: | George F. Sanderson Trustee |
|---|---|---|---|
| Case Name: | 9 Meters Biopharma, Inc | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0065 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8465 | Blanket Bond (per case limit): | |
| For Period Ending: | 12/31/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 08/29/23 | | Transfer from Acct # xxxxxx0842 | Transfer of Funds | 9999-000 | $3,008.14 | | $3,008.14 |
| 10/30/23 | 18 | Commonwealth of Massachusetts Department of Revenue P.O. Box 5983 Springfield, MA 01101 | Tax Refund | 1124-000 | $166.00 | | $3,174.14 |
| 11/14/23 | 19 | State of New Hampshire Office of State Treasurer 25 Capitol Street--Room 121 Concord, NH 03301 | Tax Refund | 1124-000 | $2,449.00 | | $5,623.14 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,623.14 | $0.00 |
| Less: Bank Transfers/CD's | $3,008.14 | $0.00 |
| Subtotal | $2,615.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,615.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $5,623.14 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 23-01992 | Trustee Name: George F. Sanderson Trustee |
| Case Name: 9 Meters Biopharma, Inc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0842 |
| | Checking |
| Taxpayer ID No: XX-XXX8465 | Blanket Bond (per case limit): |
| For Period Ending: 12/31/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 08/15/23 | 1 | WELLS FARGO BANK, NA<br>PO Box 5131<br>Souix Falls, SD 57117-5131 | Bank Account Balance | 1129-000 | $3,008.14 | | $3,008.14 |
| 08/29/23 | | Transfer to Acct # xxxxxx0065 | Transfer of Funds | 9999-000 | | $3,008.14 | $0.00 |

|   |   |   |
|---|---:|---:|
| COLUMN TOTALS | $3,008.14 | $3,008.14 |
| Less: Bank Transfers/CD's | $0.00 | $3,008.14 |
| Subtotal | $3,008.14 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,008.14 | $0.00 |

Page Subtotals:  $3,008.14  $3,008.14

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0065 - Checking | $2,615.00 | $0.00 | $5,623.14 |
| XXXXXX0842 - Checking | $3,008.14 | $0.00 | $0.00 |
|  | $5,623.14 | $0.00 | $5,623.14 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,623.14 |
| Total Gross Receipts: | $5,623.14 |

Trustee Signature:    /s/ George F. Sanderson Trustee    Date: 01/30/2024

George F. Sanderson Trustee  
P.O. Box 6130  
Raleigh, NC 27628  
(984)867-9300

Page Subtotals:    $0.00    $0.00