UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| 9 METERS BIOPHARMA, INC., | § Case No. 23- 01992-5-PWM |
| | § Chapter 7 |
| Debtor. | § |
| | § |

NOTICE OF LIMITED APPEARANCE AND REQUEST FOR
ALL NOTICES AND SERVICE OF PAPERS AND NOTICE OF LIMITED
SUBSTITUTION OF COUNSEL

-------------------------------------------------------------------------------------------------------------------

PLEASE TAKE NOTICE that, Ashley S. Rusher and the firm of Blanco Tackabery & Matamoros, P.A. ("Counsel") enters this limited appearance on behalf of Helicore Bioventures I, Inc. ("Helicore"), an interested party in the above-captioned bankruptcy case, in the contested matter of the *Motion to Enforce Sale Order* [ECF# 158] ("Contested Matter"); such Counsel hereby enters its limited appearance in the Contested Matter pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such Counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and §102(1) of the Bankruptcy Code, that notice of all hearings and conferences, and copies of all notices and pleadings given or filed in this case, be given and served upon Counsel at the addresses, telephone, and facsimile numbers indicated:

        Ashley S. Rusher, Esq.
        Blanco Tackabery & Matamoros, P.A.
        P.O. Drawer 25008
        Winston-Salem, NC  27114-5008
        [Street Address: 404 N. Marshall St.
        Winston-Salem, NC  27101-2815]

Telephone: 336-293-9010
Facsimile: 336-293-9030
Email: asr@blancolaw.com

PLEASE TAKE FURTHER NOTICE that Counsel is hereby substituted for A. Lee Hogewood, III, Emily K. Steele, Zechariah C. Etheridge and the firm of K & L Gates LLP solely as to and limited to representation of Helicore in the Contested Matter.

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, schedules, statements of financial affairs, proposed orders, conformed copies of orders, and any notice, application, complaint, demand, motion, petition, objection, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT this Notice of Limited Appearance and Request for all Notices and Service of Papers shall not, in and of itself, constitute a submission by Helicore to the jurisdiction of the Bankruptcy Court, and neither this Notice of Limited Appearance nor any former or later appearance, pleading or suit shall waive the rights of Helicore, (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

BT:960719v1

withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Helicore may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

    This the 1st day of February, 2024.

                       /s/ Ashley S. Rusher
                       Ashley S. Rusher (NCSB #14296)
                       BLANCO TACKABERY & MATAMOROS, P.A.
                       P. O. Drawer 25008
                       Winston-Salem, NC 27114-5008
                       Telephone: (336) 293-9000
                       Facsimile: (336) 293-9030
                       Email: asr@blancolaw.com

                       *Contested Matter Counsel for Helicore Bioventures I, Inc.*

                       /s/ A. Lee Hogewood, III
                       A. Lee Hogewood, III (NCSB #17451)
                       K & L Gates LLP
                       301 Hillsborough Street, Suite 1200
                       Raleigh, NC 27603
                       Telephone: (919) 743-7300
                       Email: a.lee.hogewood@klgates.com

                       *Counsel for Helicore Bioventures I, Inc.*

**AGREED AND CONSENTED TO**

/s/ Jing Liang
Jing Liang, CEO
Helicore Bioventures I, Inc.

BT:960719v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

9 METERS BIOPHARMA, INC.,

Debtor.

Case No. 23- 01992-5-PWM
Chapter 7

CERTIFICATE OF SERVICE
-----------------------------------------------------------------------------------------------------------------

This is to certify that a copy of the **NOTICE OF LIMITED APPEARANCE AND REQUEST FOR ALL NOTICES AND SERVICE OF PAPERS AND NOTICE OF LIMITED SUBSTITUTION OF COUNSEL** was served via the CM/ECF System when filed as applicable and/or by depositing the same in a post-paid wrapper, addressed to the following parties as shown below, in an official depository of the United States Postal Service, in the matter prescribed by law:

Vorys, Sater, Seymour and Pease LLP
Attn: Kari B. Coniglio and
Marcel C. Duhamel
200 Public Square, Suite 1400
Cleveland, OH 44114

MetroHealth Ventures LLC
Attn: Sonja Rajki, Registered Agent
2500 Metrohealth Drive
Cleveland, OH 44109

MetroHealth Ventures LLC
Attn: Laura McBride, General Counsel
2500 MetroHealth Drive
Cleveland, OH 44109

Lobesity, LLC
c/o Corporation Service Company,
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Thompson Hine LLP
Attn: John H. Bae, Esq.
300 Madison Avenue, 27th Floor
New York, NY 10017

Hendren, Redwine & Malone, PLLC
Attn: Rebecca F. Redwine
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Brian Behr, Esq.
*Via CM/ECF only*

John A. Northen
*Via CM/ECF only*

George F. Sanderson
*Via CM/ECF only*

This the 1st day of February, 2024.

BT:960719v1

/s/ Ashley S. Rusher
Ashley S. Rusher (NCSB #14296)
BLANCO TACKABERY & MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
Email: asr@blancolaw.com

*Contested Matter Counsel for Helicore Bioventures I, Inc.*

BT:960719v1