## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 9 METERS BIOPHARMA, INC., | § | Case Number 23-01992-5-pwm |
| | § | |
| Debtor. | § | Chapter 7 |
| | § | |

### NOTICE OF SPECIAL LIMITED APPEARANCE

Please take notice that the undersigned hereby enters a notice of special limited appearance as counsel for Helicore Bioventures I, Inc. ("Helicore") in the above-captioned matter, limited to representation of Helicore in the contested matter of the *Motion to Enforce Sale Order* [ECF# 158], in association with Local Civil Rule 83.1(d) counsel, Ashley S. Rusher and the law firm of Blanco Tackabery & Matamoros, P.A.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

This the 7th day of February, 2024.

/s/ Derek C. Abbott
Derek C. Abbott
MORRIS NICHOLS ARSHT & TUNNELL
P.O. Box 1347
Wilmington, DE 19899-1347
Phone Number: 302-351-9357
Email Address: dabbott@morrisnichols.com
State Bar No.: Delaware 3376


/s/ Ashley S. Rusher
Ashley S. Rusher, NCSB# 14296
BLANCO TACKABERY & MATAMOROS, P.A.
P.O. Drawer 25008

BT:961981v1

Winston-Salem, NC 27114  
Phone Number: 336-293-9010  
Email Address: asr@blancolaw.com

BT:961981v1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>9 METERS BIOPHARMA, INC.,<br><br>Debtor. | Case No. 23- 01992-5-PWM<br>Chapter 7 |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the **NOTICE OF SPECIAL LIMITED APPEARANCE** was served via the CM/ECF System when filed as applicable and/or by depositing the same in a post-paid wrapper, addressed to the following parties as shown below, in an official depository of the United States Postal Service, in the matter prescribed by law:

Vorys, Sater, Seymour and Pease LLP
Attn: Kari B. Coniglio and
Marcel C. Duhamel
200 Public Square, Suite 1400
Cleveland, OH 44114

MetroHealth Ventures LLC
Attn: Sonja Rajki, Registered Agent
2500 Metrohealth Drive
Cleveland, OH 44109

MetroHealth Ventures LLC
Attn: Laura McBride, General Counsel
2500 MetroHealth Drive
Cleveland, OH 44109

Lobesity, LLC
c/o Corporation Service Company,
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Thompson Hine LLP
Attn: John H. Bae, Esq.
300 Madison Avenue, 27th Floor
New York, NY 10017

Hendren, Redwine & Malone, PLLC
Attn: Rebecca F. Redwine
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Brian Behr, Esq.
*Via CM/ECF only*

John A. Northen
*Via CM/ECF only*

George F. Sanderson
*Via CM/ECF only*

This the 7th day of February, 2024.

BT:961981v1

/s/ Ashley S. Rusher
Ashley S. Rusher (NCSB #14296)
BLANCO TACKABERY & MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
Email: asr@blancolaw.com

*Contested Matter Counsel for Helicore Bioventures I, Inc.*