**SO ORDERED**

**SIGNED this 13 day of February, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| IN RE:<br><br>9 METERS BIOPHARMA, INC.,<br><br>DEBTOR | CASE NO. 23-01992-5-PWM<br>CHAPTER 7 |
|---|---|
| **ORDER GRANTING MOTION TO DISBURSE PAYMENT OF PRE-PETITION CLAIM TO HIGH TRAIL SPECIAL SITUATIONS LLC AND TO SET BAR DATE FOR ADDITIONAL CLAIMS** ||

This matter comes before the Court on the motion of George F. Sanderson III, Chapter 7 Trustee for the Bankruptcy Estate of 9 Meters Biopharma, Inc. (the "Trustee") to authorize the Trustee to disburse payment to High Trail Special Situations LLC ("High Trail") on its asserted pre-petition secured claim ("Pre-Petition Claim") in the amount of $1,604,339.13 [Claims Register #58-1] and to fix the deadline by which High Trail has to assert any further claim including, without limitation, any claim for post-petition interest, attorneys' fees, and costs pursuant to 11 U.S.C. § 506(b) and Local Bankruptcy Rule 2016-2. No party in interest has filed an objection to the motion. With respect to the motion, the Court finds as follows:

1. On July 17, 2023 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under Chapter 7 of the Bankruptcy Code.

2. On July 19, 2023, the Court appointed Richard D. Sparkman as the Chapter 7 Trustee for the Debtor's bankruptcy estate.

3. On August 17, 2023, Mr. Sparkman resigned as Chapter 7 Trustee and Mr. Sanderson was appointed as successor Chapter 7 Trustee.

4. In three separate orders [D.E. #152, 153, 154] (the "Sale Orders"), the Court approved the Trustee's sale of assets related to and including certain intellectual property of the Debtor in a total amount of $7,050,000,000.00. The Sale Orders are final orders and the appeal period has run for each of the Sale Orders.

5. The Trustee has collected the sale proceeds for each of the approved sales.

6. The Sale Orders conveyed the assets sold to the purchasers free and clear of all liens and other interests with such liens and interests attaching to the sale proceeds.

7. On October 21, 2023, High Trail submitted a proof of claim in the total amount of $1,604,339.13 ("Pre-Petition Claim Amount"). According to the rider attached to High Trail's Proof of Claim, the Debtor owed High Trail $1,591,606.28 in principal and $12,732.85 in interest as of the date of the filing of the petition.

8. High Trail asserts a perfected, first-priority, senior security interest in all assets of the Debtor. The rider to High Trail's proof of claim sets forth the note documents that High Trail asserts sets forth its security interest. High Trail filed a UCC financing statement on April 10, 2023 with the Delaware Secretary of State indicating that the financing statement covers "All assets of the Debtor, whether now existing or hereafter arising."

9. No party in interest has objected to High Trail's Pre-Petition Claim.

10. In addition to the Pre-Petition Claim, High Trail has indicated to the Trustee that High Trail is entitled to post-petition interest, as well as attorneys' fees, on the basis that High Trail is oversecured. High Trail has not yet made application to the Court for payment of any amounts over and above the Pre-Petition Claim Amount.

  11. High Trail is entitled to payment on its Pre-Petition Claim and time is of the essence to pay High Trail's Pre-Petition Claim in order to cut off High Trail's continuing claim to accrued interest.

  12. A deadline needs to be established for High Trail to assert any additional claim including, without limitation, any claim for post-petition interest, attorneys' fees, and costs pursuant to 11 U.S.C. § 506(b) and Local Bankruptcy Rule 2016-2 to allow the Trustee to administer the estate and pay claims promptly.

  13. The Trustee reserves all rights with respect to any additional claim that High Trail asserts.

  Based on the foregoing findings, the Court ORDERS as follows:

  1. The Trustee is allowed to make a distribution to High Trail on its Pre-Petition Claim in the Pre-Petition Claim Amount of $1,604,339.13, which is comprised of $1,591,606.28 in principal and $12,732.85 in interest.

  2. High Trail must assert any further claim including, without limitation, any claim for post-petition interest, attorneys' fees, and costs pursuant to 11 U.S.C. § 506(b) and Local Bankruptcy Rule 2016-2 on or before the date that is thirty (30) days after the Trustee disburses the Pre-Petition Claim Amount.

**END OF DOCUMENT**