# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| **9 METERS BIOPHARMA, INC.,** | § § | Case No. 23-01992-5-PWM |
| Debtors. | § § § § | Chapter 7 |

## DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Fed.R.Bankr. P. 7007.1, Helicore Bioventures I, Inc. ( "Helicore"), a party in interest, hereby discloses there are no entities that directly or indirectly own ten percent (10%) or more of any class of Helicore's equity interests.

This the 13th day of February, 2024.

        /s/ Derek C. Abbott
        Derek C. Abbott
        MORRIS NICHOLS ARSHT & TUNNELL
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Phone Number: 302-351-9357
        Email Address: dabbott@morrisnichols.com
        State Bar No.: Delaware 3376
        /s/ Ashley S. Rusher
        Ashley S. Rusher, NCSB# 14296
        BLANCO TACKABERY & MATAMOROS, P.A.
        P.O. Drawer 25008
        Winston-Salem, NC 27114
        Phone Number: 336-293-9010
        Email Address: asr@blancolaw.com

        *Contested Matter Counsel for*
        *Helicore Bioventures I, Inc.*

BT:962726v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **9 METERS BIOPHARMA, INC.,** | § § | Case No. 23- 01992-5-PWM |
| | § | Chapter 7 |
| Debtor. | § § | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the **DISCLOSURE OF CORPORATE AFFILIATIONS** was served via the CM/ECF System when filed as applicable and/or by depositing the same in a post-paid wrapper, addressed to the following parties as shown below, in an official depository of the United States Postal Service, in the matter prescribed by law:

Vorys, Sater, Seymour and Pease LLP
Attn: Kari B. Coniglio and
Marcel C. Duhamel
200 Public Square, Suite 1400
Cleveland, OH 44114

MetroHealth Ventures LLC
Attn: Laura McBride, General Counsel
2500 MetroHealth Drive
Cleveland, OH 44109

Thompson Hine LLP
Attn: John H. Bae, Esq.
300 Madison Avenue, 27th Floor
New York, NY 10017

Brian Behr, Esq.
*Via CM/ECF only*

George F. Sanderson
*Via CM/ECF only*

MetroHealth Ventures LLC
Attn: Sonja Rajki, Registered Agent
2500 Metrohealth Drive
Cleveland, OH 44109

Lobesity, LLC
c/o Corporation Service Company,
Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Hendren, Redwine & Malone, PLLC
Attn: Rebecca F. Redwine
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

John A. Northen
*Via CM/ECF only*

This the 13th day of February, 2024.

BT:962726v1

/s/ Ashley S. Rusher
Ashley S. Rusher (NCSB #14296)
BLANCO TACKABERY & MATAMOROS, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
Email: asr@blancolaw.com

*Contested Matter Counsel for Helicore Bioventures I, Inc.*

BT:962726v1