IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: 9 METERS BIOPHARMA, INC., | ) CASE NO. 23-01992-5-PWM )  )  |
| Debtor. | )  ) CHAPTER 7 |

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Marcel C. Duhamel hereby enters a notice of special appearance as attorney for Metrohealth Ventures LLC in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, William Janvier.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

This the 22nd day of February 2024

Marcel C. Duhamel
Ohio Bar No. 0062171
Vorys, Sater, Seymour and Pease LLP
200 Public Square
14th Floor
Cleveland, OH 44114
Telephone: (216) 479-6112
Email: mcduhamel@vorys.com

William P. Janvier
North Carolina State Bar No. 21136
Stevens Martin Vaugh & Tadych, PLLC
2225 W. Millbrook Road
Raleigh, NC 27612
Telephone: (919) 582-2300
Email: wjanvier@smvt.com

Local Civil Rule 83.1(d) Counsel