VAN–124 Order Continuing Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
9 Meters Biopharma, Inc.
 ( *known aliases*: Innovate Biopharmaceuticals, Inc., Monster Digital, Inc. )
4509 Creedmore Road, Suite 600
Raleigh, NC 27612

CASE NO.: 23–01992–5–PWM

DATE FILED: July 17, 2023

CHAPTER: 7

TaxID: 27–3948465

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:    Wednesday, June 12, 2024
TIME:    10:30 AM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27601

Application for Award of Post–Petition Interest and Attorney's Fees and Expenses Pursuant to 11 U.S.C. 506(B) filed by David M. Schilli on behalf of High Trail Special Situations, LLC.

and to transact all other business as may properly come before the court.

DATED: April 5, 2024

Pamela W. McAfee
United States Bankruptcy Judge