# THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| 9 METERS BIOPHARMA, INC., | Case No. 23-01992-PWM |
| Debtor. | Chapter 7 |

## NOTICE OF WITHDRAWAL OF CLAIM 64

On January 4, 2024, Tennessee Department of Revenue ("TDOR") filed document no. 64. Claim has been paid in full. THDA hereby withdraws document no. 64.

Respectfully submitted,
JONATHAN SKRMETTI
Tennessee Attorney General & Reporter

/s/ Stuart Wilson-Patton
Stuart Wilson-Patton (TN Bar #012207)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville TN 37202-0207
Phone: (615) 532-2567
Fax: (615) 741-3334
Stuart.Wilson-Patton@ag.tn.gov

Attorney for the Tennessee Department of Revenue

## CERTIFICATE OF SERVICE

I do hereby certify that, on November 6, 2024, a true and exact copy of the foregoing Withdrawal was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Stuart Wilson-Patton
Stuart Wilson Patton
Senior Assistant Attorney General