**SO ORDERED**

**SIGNED this 27 day of November, 2024.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

9 METERS BIOPHARMA, INC.,                    CASE NO.: 23-01992-5-PWM

                                             CHAPTER 7

Debtor.

### ORDER GRANTING SECOND INTERIM APPLICATION
### TO PAY ACCOUNTANT COMPENSATION

This matter comes before the Court on the Second Interim Application of George Franklin Sanderson III, Chapter 7 Trustee ("Trustee") to pay Edward A. Golden, accountant of Williams Overman Pierce, LLC ("Accountant"). The Bankruptcy Administrator for the Eastern District of North Carolina has indicated that he has no objection to the application and no other party in interest has filed a response.

The Court has reviewed the application and finds that the Accountant's services for which compensation is sought were actual and necessary and that the compensation sought is reasonable.

Based on the foregoing findings, the Application is GRANTED. It is ORDERED that the Trustee is authorized to pay Edward A. Golden of Williams Overman Pierce, LLC the sum of $14,954.00 as second interim compensation for accounting services rendered in the above-referenced Bankruptcy proceeding.

**END OF DOCUMENT**