UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-1992-5-PWM |
| | ) | |
| 9 Meters Biopharma, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## WITHDRAWAL OF OBJECTION TO CLAIM NO. 10-1

George F. Sanderson III, Chapter 7 Trustee for the bankruptcy estate of 9 Meters Biopharma, Inc., ("Trustee") hereby withdraws his objection to Claim No. 10-1 of Janice Phillips Rudolph [D.E. #213] on the grounds that the Claimant has filed an amended proof of claim, Claim No. 10-2, that moots the Trustee's objection.

DATE: December 2, 2024.

*/s/ George F. Sanderson III*
TRUSTEE IN BANKRUPTCY
P.O. Box 6130
Raleigh, NC 27628
george@georgesandersonlaw.com
984.867.9300

CERTIFICATION OF SERVICE

      I, George F. Sanderson III, do hereby certify that the foregoing was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 2nd day of December, 2024.

BY: */s/ George F. Sanderson III*
George F. Sanderson III
P.O. Box 6130
Raleigh, NC 27628
george@georgesandersonlaw.com
984.867.9300

**SERVED VIA CM/ECF:**

**John A. Northen**
jan@nbfirm.com

**9 Meters Biopharma, Inc.**
by notice to the Debtor's
attorney at jan@nbfirm.com

**Brian Behr**
Bankruptcy Administrator's Office
Brian_Behr@nceba.uscourts.gov
Lesley_Dean@nceba.uscourts.gov

**SERVED VIA U. S. POSTAL SERVICE**

**Janice Rudolph**
1004 Stone Ridge Drive
Nashville, TN 37211