**SO ORDERED**

**SIGNED this 8 day of January, 2025.**

_____
**Pamela W. McAfee**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-01992-5-PWM |
| | ) | |
| 9 Meters Biopharma, Inc., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER**

George F. Sanderson III, Trustee, having objected to the claim of Michelle Rose, Inc. designated as claim 18-1 in the above-captioned case in the amount of $8,050.00, and requesting that the priority wage claim status of the claim be denied, and no response having been filed after notice,

IT IS HEREBY ORDERED that the objection to claim 18-1 is SUSTAINED and that claim 18-1 is disallowed as a priority wage claim and allowed as a nonpriority general unsecured claim.

**END OF DOCUMENT**