**SO ORDERED**

**SIGNED this 16 day of January, 2025.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

9 METERS BIOPHARMA, INC.,

    DEBTOR

CASE NO.
23-01992-5-PWM
CHAPTER 7

### ORDER OVERRULING OBJECTION TO CLAIM

The matter before the court is the chapter 7 trustee's objection to the priority status asserted in Claim No. 15 filed by Evelyn Jaeger, D.E. 215. Ms. Jaeger submitted a document in support of her claim, D.E. 222, and a hearing at which both the trustee and Ms. Jaeger appeared was held in Raleigh, North Carolina, on January 16, 2025.

For the reasons stated from the bench at the conclusion of the hearing, the trustee's objection is OVERRULED, and Claim No. 15 is allowed as filed.

**END OF DOCUMENT**