**VAN–124** Order Continuing Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
9 Meters Biopharma, Inc.
 ( <u>known aliases</u>: Innovate Biopharmaceuticals, Inc., Monster Digital, Inc. )
4509 Creedmore Road, Suite 600
Raleigh, NC 27612

CASE NO.: 23–01992–5–PWM

DATE FILED: July 17, 2023

CHAPTER: 7

TaxID: 27–3948465

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:    Tuesday, February 25, 2025
TIME:    10:00 AM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27601

1) Application for Administrative Expenses filed by Jeffrey W. Melcher on behalf of Oracle America, Inc.

2) Objection to Claim Number 69 of Oracle America, Inc. filed by George F. Sanderson III on behalf of George F. Sanderson Trustee

and to transact all other business as may properly come before the court.

DATED: January 23, 2025

Pamela W. McAfee
United States Bankruptcy Judge