UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| In re: | ) | Case No.: 23-1992-5-PWM |
|---|---|---|
| | ) | |
| 9 Meters Biopharma, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO CLAIM NO. 13

The undersigned Trustee objects to the following claim on the basis set forth and hereby gives notice to claimant of such objection:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR (CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION AND RELIEF REQUESTED |
|---|---|---|---|
| 13-1 | Bethany Sensenig<br>3823 Pickett Ct<br>Wake Forest, NC 27587 | $ 270,769.20 | Claimant asserts an unsecured claim of $270,769.20, including a priority wage claim of $15,150.00.<br><br>Claim is wholly duplicative of Claim No. 12-1. Deny claim No. 13-1 in full, without prejudice to any party's rights as to Claim No. 12-1. |

DATE OF OBJECTION AND NOTICE: February 11, 2025.

*/s/ George F. Sanderson III*
TRUSTEE IN BANKRUPTCY
P.O. Box 6130
Raleigh, NC 27628
george@georgesandersonlaw.com
984.867.9300

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 23-1992-5-PWM |
| | ) | |
| 9 Meters Biopharma, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF OBJECTION TO CLAIM**

George F. Sanderson III, Trustee, has filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then within thirty (30) days of the date of this notice, you or your attorney must file with the court, pursuant to Local Rule 9014-1, a written response, an answer explaining your position, and a request for hearing at U.S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:     George F. Sanderson III
                                   The Sanderson Law Firm, PLLC
                                   P.O. Box 6130
                                   Raleigh, NC 27628

Name & Address of Others to be Served:   John A. Northen
                                         Northen Blue, LLP
                                         P.O. Box 2208
                                         Chapel Hill, NC 27515-2208

                                         9 Meters Biopharma, Inc.
                                         4509 Creedmore Road, Suite 600
                                         Raleigh, NC 27612

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection to claim at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: February 11, 2025                BY:   */s/ George F. Sanderson III*
                                             George F. Sanderson III
                                             P.O. Box 6130, Raleigh, NC 27628

CERTIFICATION OF SERVICE

I, George F. Sanderson III, do hereby certify that the ***Trustee's Objection to Claim and Notice*** was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on February 11, 2025.

BY: ***/s/ George F. Sanderson III***
George F. Sanderson III
P.O. Box 6130
Raleigh, NC 27628
george@georgesandersonlaw.com
984.867.9300

***SERVED VIA CM/ECF:***

**John A. Northen**
jan@nbfirm.com

**9 Meters Biopharma, Inc.**
by notice to the Debtor's
attorney at jan@nbfirm.com

**Brian Behr**
Bankruptcy Administrator's Office
Brian_Behr@nceba.uscourts.gov
Lesley_Dean@nceba.uscourts.gov

***SERVED VIA U. S. POSTAL SERVICE***

**Bethany Sensenig**
3823 Pickett Ct
Wake Forest, NC 27587