**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**9 METERS BIOPHARMA, INC.,**<br><br>**DEBTOR** | **CASE NO. 23-01992-5-PWM**<br>**CHAPTER 7** |
| **WITHDRAWAL OF OBJECTION TO CLAIM #69-1 AND TO REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSES OF ORACLE AMERICA, INC.** ||

NOW COMES George F. Sanderson III, Chapter 7 Trustee for the Bankruptcy Estate of 9 Meters Biopharma, Inc. ("Trustee") and hereby withdraws his objection to Claim #69-1 ("Objection") [D.E. #229]. In his objection, the Trustee also objected to the Request for Allowance and Payment of Chapter 7 Administrative Expenses filed by Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle") [D.E. #223].

The portion of the Objection directed to Oracle's requests for allowance and payment of administrative expenses is moot in light of Oracle's withdrawal of its request for allowance of chapter 7 administrative expenses [D.E. #249].

Respectfully submitted, this the 14th day of February, 2025.

/s/ George F. Sanderson III
George F. Sanderson III
Bar No. 33054
P.O. Box 6130
Raleigh, NC 27628
(984) 867-9300
george@georgesandersonlaw.com
*Chapter 7 Trustee*

<u>CERTIFICATION OF SERVICE</u>

I, George F. Sanderson III, do hereby certify that the **WITHDRAWAL OF OBJECTION TO CLAIM #69-1 AND TO REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 ADMINSITRATIVE EXPENSES OF ORACLE AMERICA, INC.** was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on February 14, 2025.

BY:*/s/ George F. Sanderson III*
George F. Sanderson III
P.O. Box 6130
Raleigh, NC 27628
george@georgesandersonlaw.com
984.867.9300

***SERVED VIA CM/ECF****:*

**John A. Northen**
jan@nbfirm.com

**9 Meters Biopharma, Inc.**
by notice to the Debtor's
attorney at jan@nbfirm.com

**Brian Behr**
Bankruptcy Administrator's Office
Brian_Behr@nceba.uscourts.gov
Lesley_Dean@nceba.uscourts.gov

**Jeffrey W. Melcher**
Buchalter, P.C.
Counsel for Oracle America, Inc.
jmelcher@buchalter.com

***SERVED VIA U. S. POSTAL SERVICE***
Shawn M. Christianson, Esq.
c/o Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105